## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　**Date:**　　May 2, 2017

vs.　　　　　　　　　　　　　　　　　　　　**Case No.:** 17-03056-01-CR-S-MDH

**JASON R. KLEIN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Waiver of Indictment – Initial Appearance on Information
　　　　　　　　　　　Plea to Information

**Time Commenced:** 1:29 p.m.　　　　　　**Time Terminated:** 1:40 p.m.

---

### APPEARANCES

**Plaintiff's counsel:**　　Casey Clark, AUSA
**Defendant's counsel:**　Mark Milton, Retained
**USPPTS:**　　　　　　　Claudia Allison

---

**Proceedings:** Parties appear as indicated above, Defendant appears in person.

　　Defendant advised of right to Grand Jury proceedings. Defendant has signed a *Wavier of Indictment*. Court finds that the *Waiver of Indictment* was knowledgeably made and directs for the Information to be filed.

　　The Court notes that Defendant has signed a *Notice Regarding Entry of a Plea of Guilty* and has, thereby, consented to proceed before the Magistrate Judge pursuant to Rule 11. Defendant has signed a written plea agreement. Defendant advised of rights.

　　Defendant pleads guilty to the Information.

　　Defendant duly sworn and questioned by the Court. Defendant states that he did, in fact, do the things contained in the signed written Plea Agreement. The Court finds an adequate factual basis for the plea of guilty and will recommend that it be accepted by the District court. PSI ordered.

**Defendant on bond.**

**Courtroom Deputy/ERO:   Karla Berziel**