IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-03056-01-CR-S-MDH |
| | ) | |
| JASON R. KLEIN | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

Comes now Jason R. Klein, by and through undersigned counsel and hereby moves for an extension until July 12, 2017 to file objections to the Presentence Investigation Report.

By way of background, defendant Jason R. Klein pled guilty to one count of Title 18, United States Code, Section 1960(a) on May 2, 2017. Doc. 11. The preliminary Presentence Investigation Report was delivered to counsel on June 23, 2017, making objections due on July 7, 2017. On July 6, 2017, after discussions with undersigned counsel, the government provided suggested changes to the Presentence Investigation Report to the Probation Office. Undersigned counsel has been out of town conducting depositions for the past three days and has not yet had an opportunity to discuss the government's proposed changes with defendant Klein.

The government has no objection to this motion. Defense counsel has been unable to reach the Probation Officer to determine the Probation Office's position on this request.

Wherefore, defendant Jason R. Klein respectfully requests this motion for an extension of time to file objections to the Presentence Investigation Report, if any, until July 12, 2017 be granted.

SLC-8317035-1

Respectfully submitted,

/s/ Mark C. Milton
Mark C. Milton
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500
Mark.Milton@huschblackwell.com
Bar ID: 63101
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon all interested parties.

/s/ *Mark C. Milton*
Mark C. Milton, #63101