# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

  v.                             No. 17-03056-01-CR-S-MDH

**JASON R. KLEIN**,

        Defendant.

## MOTION FOR ORDER TO HOLD MONEY FOR RESTITUTION

Plaintiff, the United States of America, by the undersigned counsel, requests the Court enter an Order directing $2,122.68 to be held by the Clerk of the Court in payment of the anticipated restitution obligation until the Judgment in the criminal case is entered, or until further Order of the Court. In support of this motion, plaintiff states as follows:

1.      On May 2, 2017, the defendant, Jason R. Klein, after consenting to being charged by information, pleaded guilty to one count of conducting an unlicensed and unregistered money transmitting business in the filed information, pursuant to a written plea agreement. (D.E. 2, 5, 7, 11.)[1]

2.      The defendant's plea requires him to pay restitution in an amount not less than $2,122.68 to the Internal Revenue Service. (D.E. 11.)

3.      The defendant has indicated he wishes to pay an amount of restitution prior to his sentencing hearing, which is scheduled for September 6, 2017. In relation to the procedure for payment of restitution, the plea agreement states the following:

---

[1] "D.E." refers to the docket entry of the instant district court criminal case, case number 17-03056-01-CR-S-MDH, and any associated docket entries.

All restitution payments shall be paid by check, shall include this case number in the memo line, and shall be delivered to the Clerk's office or addressed to the Clerk's office at the following address:

> United States District Court Clerk's Office
> Western District of Missouri
> Charles Evans Whittaker Courthouse
> 400 E. 9th Street, Rm. 1510
> Kansas City, Missouri 64106

(D.E. 11, p. 12, ¶ 16.f.)

4.    The Government has discussed this motion with counsel for the defendant, who has no objection to the request. The defendant agrees that if such Order is entered, he will send such restitution payment directly to the Clerk of the Court per the direction above.

WHEREFORE, the United States respectfully requests that the Court enter an Order directing that $2,122.68 be held by the Clerk of the Court in payment of the anticipated restitution obligation until the Judgment in the criminal case is entered or until further Order of the Court.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By

*/s/ Casey Clark*
Assistant United States Attorney
Mo. Bar No. 57968
901 E. St. Louis St.
500 Hammons Tower
Springfield, Missouri 65806
Telephone: (417) 831-4406

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Casey Clark*
Casey Clark
Assistant United States Attorney

Case 6:17-cr-03056-MDH   Document 19   Filed 08/09/17   Page 3 of 3