# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JASON R. KLEIN**, <br><br> Defendant. | No. 17-03056-01-CR-S-MDH |

## ORDER GRANTING MOTION FOR ORDER TO HOLD MONEY FOR RESTITUTION

The Government's Motion for Order to Hold Money for Restitution, (Doc. 19), is **GRANTED**. The Clerk of Court is directed to accept the $2,122.68 being submitted by Defendant prior to his sentencing hearing in anticipation of a restitution obligation to be imposed at sentencing. The Clerk of the Court shall hold the money until further action by the Court.

**IT IS SO ORDERED.**

DATE: August 14, 2017

                                             */s/ Douglas Harpool*
                                             DOUGLAS HARPOOL
                                             UNITED STATES DISTRICT COURT