# Appendix:
# Letters of Support

August 30, 2017

David Sharon
1976 E. Seminole St.
Springfield, MO 65804


To: The Honorable M. Douglas Harpool
     United States District Court
     Western District of Missouri

RE: <u>United States v. Jason Klein</u>
     CR 17-3056-MDH


Dear Judge Harpool,

Please allow me to introduce myself, especially as it pertains to my connection with Jason Klein.  My name is David Sharon.  For the past 30 years, I've been (and continue to be) involved professionally in the Springfield area business community as a technology-focused sales consultant, as a volunteer/leader with the ***Springfield Area Chamber of Commerce***, the regional ***American Red Cross*** chapter, and with the ***Association of Information Technology Professionals (AITP) of the Ozarks***, where I currently serve as President of the chapter.  This is where I met Jason, approximately 4-5 years ago.

Jason and I have worked together on the Board of Directors of our ***AITP*** chapter for almost all of that time.  He has been a tireless and selfless contributor, helping to drive involvement in our membership and with multiple events sponsored by ***AITP*** and some of our affiliate organizations.  These range from our annual charity golf tournament (raising funds for scholarships for area high school graduates), to the "first ever" <u>Excellence In Technology</u> awards event, to helping to coordinate our annual ***techITout EXPO***, which brings together in excess of 800 technology professionals, vendors, and enthusiasts for a day of educational events, vendor introductions, and networking.  I believe strongly, that without Jason's passion and commitment to the tech community and our organization, we wouldn't be where we are today.  He continues to be a significant help to me personally, as I endeavor to fill the shoes he's left for me.

Finally, as a result of my having worked so closely with Jason, I've learned what kind of man he is.  He is committed to his family, his friends, his community, and his chosen profession.  He's a man of high moral character, and owns up to his mistakes, as he has with this particular situation.  Jason could've handled this whole situation much differently than he is has, but he's admitted his offense, and is prepared for the consequences.  It's my sincere hope that the court will take into consideration Jason's contributions to our community, and the positive impact that they have, by imposing the lowest sentence permitted under the law.

Thank you,

*David J. Sharon*

# UNITED STATES V. JASON KLEIN

CR 17-3056-MDH

**June 23, 2017**

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**Dear Your Honor:**

I am writing to you with regards to my friend, Jason Klein.  Jason and I have known each other for several years through volunteer outreach and educational programs in the local Springfield technology community.

I am the President of the Springfield .NET User Group, a technology group that focuses its training topics on a particular Microsoft technology called the .NET Framework.  I have a Bachelor's of Science degree in Computer Information Systems from Missouri State University where I graduated Cum Laude from the Honors College and was awarded the CIS Student of the Year award in 2005.  I have been a software developer all throughout high school, college, and in my professional career totaling almost 20 years.  I am currently the manager of the Product Development department at a software development firm of approximately 50 employees based in the D.C. metropolitan area with an office here in Springfield, Missouri.

I have been a member of the Springfield .NET User Group since 2010 and its President since 2015.  It is a volunteer organization that gives back to the community with education, mentorship, social networking, and advocacy for students, professionals, and hobbyists interested in furthering their skills and talents in developing software applications, which is a very similar mission to the Association of Information Technology Professionals (AITP), of which Jason is similarly involved as its leader.

I've known and been friends with Jason Klein since at least 2014, if not longer.  We met at my .NET user group's monthly meetings and regularly spoke before and after, often enjoying a late dinner with other friends and associates from the groups.  Jason and I, along with many

other leaders in the Springfield technology community, meet regularly over lunch to discuss our outreach groups, brainstorm ideas, and collaborate to improve each other's groups and the community as a whole.

Last fall, Jason and I, along with several other technology leaders, organized a "hackathon", called Hack 4 Good, to benefit the Springfield homeless community and the organizations that provide outreach to them. A "hackathon" is an event where software developers from all different companies, organizations, clubs, and educational institutions volunteer their time and skills over a weekend to come together at a local venue (typically with corporate sponsorship for supplies and food) and "hack together" (which means to quickly write code, not malicious in any manner whatsoever) a software application, for free, to give to a non-profit organization for them to use to better the community.

Last year's Hack 4 Good "hackathon" theme was developing a mobile phone application (capable of being used over free Wi-Fi connections throughout the city) to connect the local area's homeless with resources (shelter, food, physical and mental health, employment, etc.) and help organizations find and coordinate those resources with those people in need. Jason was a great advocate for this and helped plan, promote, and orchestrate the event. It takes many people and a lot of effort to plan and execute this kind of event. Jason was instrumental to its success, and the application that was built will hopefully become a significant benefit to combatting poverty in our hometown. The event was also a great way to raise awareness of this growing issue in our city and surrounding area.

Hack 4 Good is one example of many where Jason has selflessly given his time, effort, and talents to help others, just as he does throughout the year with his involvement and leadership of our area's AITP chapter and with the other budding business entrepreneurs and technologists at the eFactory, a business development center associated with Missouri State University with a focus on technology, located in downtown Springfield.

Jason Klein is a good man. Consistently and constantly throughout the several years I've known him, with frequent interactions at several different monthly user groups and leadership meetings, he has exhibited nothing less than a caring, selfless, positive, humble, and giving spirit. Jason is an outgoing, friendly, sincere person who cares about others and has positively impacted my life and countless others in the Springfield technology community and our Springfield community at large.

**2**

I understand Jason has pleaded guilty to a crime. This does not change my opinion of him and I am proud to call him my friend. I continue to have the utmost respect for Jason and I pray for him and his family, as well as anyone who may have been impacted by the events and actions involved with this case.

I have not spoken with Jason regarding any details of the case; I reached out to him as a friend when I heard about the case and told him I was praying for him and support him, as I know he would do the same for me or anyone else he knows that is going through a difficult time. Any regret or remorse Jason may have expressed or shown for the conduct he has pleaded guilty to should be taken with earnestness and sincerity, in my opinion. My many interactions with him have always led me to believe him to be truthful, kind, and genuine.

I humbly ask that you consider applying the most lenient sentence the Court considers to be appropriate for Jason's case. He is a good man, a family man, and is a respectable steward to our community.

Sincerely,

**Tim Franklin**
President, Springfield .NET User Group

2679 W Williamsburg St
Springfield, MO 65810
pureux@gmail.com
(417) 413-6772

3



**4**



July 9, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**Re: United States v. Jason Klein**
**O R 1 7 - 3 0 5 6 - M D H**

Dear Judge Harpool:

My husband, Thomas Davey, and I are writing this letter to request leniency in the sentencing of one of our dearest, closest, and longest standing friends, Jason Klein.

We have known Jason for over a decade. I met Jason at a Chamber of Commerce Business Expo in Wichita, Kansas. We were both young business professionals, and our relationship began in this arena. I found Jason to be intelligent, respectful, and trustworthy from the start in our business dealings. So much so, I didn't think twice when accepting his invitation to dinner with a group of like-minded young professionals in our city. This is how I met my husband, Thomas, and best friend, Pamela, Jason's wife.

Jason and Pam are our closest "couples" friends, if you will. We were members of their wedding party, and they were members in our wedding party. We watched them go through the difficult process of wanting children, to finally being able to adopt their daughter, Katelyn. They have been there for us while raising our now 4 year old son, as well as supporting us through our struggles to have a second child. When they decided to move to Springfield, I wondered if our friendship would survive the distance, and now that worry seems laughable. We schedule regular visits to each other's homes as often as we can, and go on family vacations together during the summer.

Jason has been and continues to be a respectful, thoughtful, and supportive friend to our family. Our son does not warm up to just anyone, and Jason is one of those kid like adults who always makes time to pay attention to him, play and laugh with him, and it shows in our child's warm behaviour towards him. Anytime our family has needed help with purchasing, repairing, or troubleshooting items of the technical nature, he has been willing to help and offer up his knowledge and expertise. He is a friend each of us can count on.

Jason and I still maintain a professional relationship today. He takes care of my business' web hosting services. We were told almost immediately about the charges being brought against Jason. However, not once has it occurred to me to sever my business' relationship with his business. Jason remains a trustworthy friend and business associate, in my eyes.

We feel his decision to plead guilty illustrates his integrity and character. It is because of this, and for all the reasons stated above that we wanted to know if there was anything we could do to make sure people know who he really is. *We* asked if we would get the opportunity to be character witnesses for him. We are so grateful for this opportunity to share who we have found Jason to be year after year-respectful, trustworthy, kind, supportive, a true friend, devoted father and husband, and ethical businessman.

We respectfully ask for the court's mercy and lowest possible sentence for our dearest friend, Jason Klein. Lastly, we want to thank you, Your Honor, for taking the time to hear our thoughts, and take our plea into consideration.

Sincerely,

Wm. Thomas Davey III & Amber L. Davey

July 3, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri


Re:     **United States v. Jason Klein**
        **CR 17-3056-MDH**


Dear Judge Harpool:


My name is Jerry Jesky, I am a professional engineer who has lived and worked in the Springfield area for the last thirteen years. I understand my friend Jason Klein has pleaded guilty to a charge that relates to him operating an unlicensed money transmission business. As we are both friends and co-volunteers for community organizations, Jason has taken the time to explain the seriousness of this charge to me and the responsibility he holds for his conduct. This letter serves to convey my respect for Jason and the impact his actions and character have had on others, including me and my wife.

I have known Jason for over four years and have gotten to know his immediately family along with his motivations and character over the course of many gatherings. We first got to know each other while completing our first 100-mile bicycle ride, the local Tour de Monett, in 2013. Since then we have cycled many organized rides together and our families have met for dinner on several occasions. My wife Nicole, a local veterinarian, and I have gotten to know Jason, his wife Pam, and their adopted daughter Katelyn over the last four years and can say unequivocally that Jason has a high moral standard and a loving commitment to his family and the community.

Jason and I volunteer on the local Springbike board, in which Jason runs the club's website. Through Springbike and other organizations Jason is involved with, his work ethic and commitment to the community are often on display. He is humble and eager to contribute. Jason's actions showcase what it means to be a friend and an active

community volunteer. Through long car rides to cycling events, hours on the bike riding together, and overnight stays on such trips, I have had several opportunities to get to know what drives Jason and what he aspires to achieve.

To that end, Jason is centered around honesty, fairness, hard work, and commitment to friends and family. It is these attributes that my wife and I enjoy about Jason and his family, and we are proud to have a friend of his quality. We believe Jason has sincere remorse for the conduct he has pleaded guilty to and ask that the Court impose the lowest appropriate sentence for this misstep in Jason's life.

Respectfully,

Jerry Jesky, PE

Nicole Jesky, DVM

To:
The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

From:
Bill Ramsey
3045 N. Ridge Port St.
Wichita, KS, 67205

RE:
United States v. Jason Klein
CR 17-3056-MDH

Dear Your Honor,

My name is Bill Ramsey, I live in Wichita, KS, and I am a friend and business associate of Jason Klein's. I am an entrepreneur, owning several technology businesses and was even selected as the SBA Small Business Person of the Year for Kansas in 2011, and having two of my businesses be selected as a top 5 Small Business for Wichita over the last 7 years. I am very active in philanthropic causes, having served as the Board President for Old Cowtown Museum and on the Metropolitan Area Planning Commission for Wichita/Sedgwick County, currently serving as Board President for The Incubators for Non-profits of Kansas and on the Wichita Park Board, will serve next year as the "Captain" of the Wichita Wagonmasters, and having served in more positions in the Wichita Chamber than I can count. I am exceptionally engaged in the community.

I have known Jason Klein since before I started in business, over 17 years ago. During that time I have found Jason to be honest, patient, kind, forgiving, enduring, intellectual with a thirst for learning, innovative, and more. I have been fascinated to watch Jason raise his adopted daughter; how he delights in teaching her about the world, and how he gets her genuine interest, love, and attention. He is someone I try (not very well, I might add) to emulate as a parent. I have never heard Jason even raise his voice to someone.

Jason was instrumental in getting me started in business and going strong. However, Jason is far more than just a business associate; he is my friend. I introduced him to his wife. My first employee he agreed to hire part time as well so that I could afford him. We served in the Chamber together. We founded and started the Newton Linux Users Group together, to help connect and educate members of the local technology community (it is still going strong today even though we both had to move on from it). We had lunch or breakfast together nearly every day while he still lived in the Wichita area often discussing the trials that we were experiencing in life and business and helping one another through them. We have grown up in business together, and we have shared our lives together. During that time we have had the opportunity to serve our community, customers, and one another. Jason has always given

freely of his time and resources to further all of those endeavors. He is an outstanding citizen, and one that I am more than proud to call my friend.

I understand that Jason has pleaded guilty on this crime. I also think I understand the crime, and I know Jason to be remorseful. It doesn't change my opinion of Jason, nor it does not lower my respect for Jason. It doesn't negate the mountains of good that he has done for everyone around him. I understand that he has committed a crime, but I would humbly ask that you impose the most lenient sentence permitted under law. Jason's engagement in his community, his business, his friends, and his family is very important to all of those entities.

If you would love to hear more about my respect for Jason, I am available at 316-210-7468 or bill@thebillguy.com.

Thank you for your consideration,



Bill Ramsey



The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**Re: Jason Klein (United States vs. Jason Klein CR17-3056-MDH)**

Dear Judge Harpool:                                      July 5, 2017

My name is Myke Bates and I live with my wife in Springfield, Missouri. I am the Associate
Technical Director at the Marlin Network- a multi-million dollar advertising agency- and am also the
founder of SGF Web Devs, a local user group for web developers. My wife, Shawna M. Baron, is a
licensed psychologist for Burrell Behavioral Health, a large community mental health center.  I am
submitting this letter in support of my colleague, Jason Klein.

Professionally, I have known Jason for over 5 years and have had the pleasure of working more
closely with him over the past 3 years. I initially met Jason by attending local technology groups,
including from his time as president of Association of Information Technology Professionals
(AITP) of the Ozarks. Jason's passion for the technology community in the Southwest Missouri area
has always been evident, and I have no hesitation saying that he has inspired me- and undoubtedly
others- in joining him in that effort. In fact, Jason was instrumental in my efforts to create the SGF
Web Devs group in 2014. He provided me with professional and personal advice, and played a vital
role in the planning of the group and various events.

Jason's own contributions to the technology community in Springfield are certainly immeasurable-
but he has also helped to mentor, develop, and build a stronger community by working with others
for the greater good. He is one of the hardest working and giving people I know- and I strongly
value his generosity in helping our community grow. Despite his legal troubles, Jason continues to
be a well-respected leader in the technology community in Springfield. His pleading guilty to the
BitCoin crime does not impact my perception of Jason at all- he is simply a man who, like all of us at
one point or another, made a poor decision. I know he would feel the same way if I were in his
shoes. When I offered mine and my wife's support to him, he expressed obvious remorse for the
events leading up to his arrest.

Your Honor, I submit my sincerest plea to you to impose the most lenient sentence permitted by
law in Jason's case. He is a good, decent, hard-working man who has contributed to his community
in a meaningful way for so many years. Jason also has a beautiful family, including a young child,
who would very much miss out on his presence if he were to be incarcerated. Overall, I consider
Jason Klein to be a mentor, a fellow technology professional, and a friend. Perhaps more
importantly, I consider him to be a vital part of the Springfield community.

Respectfully Submitted,

Myke Bates
contact@mykebates.com
Springfield, MO

July 5, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

United States v. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool,

My name is Chad Carleton and I am writing in regard to Jason Klein's upcoming sentencing. Throughout my time as a volunteer organizer and participant through local community organizations such as 1 Million Cups, Startup Weekend, the Association for Information Technology Professionals (AITP), and Spin 66, I had the pleasure of observing, interacting, and collaborating with Jason.

In these capacities we co-organized Springfield's largest entrepreneurship and technology organizations, hosted several business workshops which have educated hundreds of students and helped create several successful businesses, and coached hundreds of existing local businesses on how to connect with and improve their community.

I have come to admire Jason tremendously for his generosity of both his time, wisdom, and resources to countless entrepreneurs, students, and community leaders. I feel that Jason is not only a friend, but a reliable resource and humble steward of our community. Jason has personally helped me and my colleagues in our collective mission to promote entrepreneurship and social responsibility for several years now, and I can say confidently that Springfield, Nixa, and the surrounding cities are a better place to live and work because of Jason.

Jason is regarded in our community as an honest, intelligent, and well-respected servant leader. I have found in every interaction with Jason that he operates with intention -- he listens diligently, he responds respectfully, and he lends assistance unconditionally.

I understand that Jason has pleaded guilty to a crime; for which there are consequences. Jason is an honest person and I would expect no less of him than to admit what he has done wrong; I think that shows a degree of character that is befitting of a respectable man. When I heard about this situation, I reached out to Jason immediately and found him to penitent and regretful that this may alter his ability to help his community. During our call, I admired Jason's spirit when he said that he hoped this experience would also be one that he can help others learn from as he continues to mentor and contribute back to our community.

July 5, 2017

My hope is that this letter helps to convey that every day without Jason in our community is a day without a servant leader helping professionals, educating students, encouraging entrepreneurs, and giving back to his fullest capacity.

I plead for lenience in Jason's sentencing; not because I don't feel that a crime warrants an appropriate punishment, but because Jason's absence in our community will have exponential repercussions to the people who work with and look up to Jason every day. I appreciate your consideration and hope for the best outcome for Jason and our community.


Regards,


Chad Carleton


6182 S. Farm Rd 115
Brookline, MO 65619
417-773-8540
Chad.C@EverythingKitchens.com

July 10, 2017

Luke Shepard
3415 W Darby
Springfield, MO 65810

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

Regarding: United States v. Jason Klein CR 17-3056-MDH

Dear Judge Harpool:

My name is Luke Shepard; I'm writing this letter in support of my friend and colleague, Jason
Klein. First I think it is important to note the setting in which I'm writing this letter. I'm currently
sitting at a kitchen in a vacation rental home on the beach of beautiful St. George Island, Florida.
I'm with my wife and three children along with my in-laws. I make note of the setting, because it is
a show of how important I feel this matter to be. I have mostly "un-plugged" from my electronic
devices and even my demanding work for most of this vacation. I feel that the matter of Jason's
case and the impact of the sentence you will soon give him is very important for me to address.
Enough so, that I'm willing to give up this valuable time with my family, on our vacation. Jason is
a good man and a great member of our community. I'm glad to give him this show of support while
he accepts responsibility for his actions; Jason committed a crime and is dealing with the
consequences. He has been forthright and honest with me about these charges and the events that
led up to his legal issues.

A little background on myself; I'm a Springfield native, Kickapoo High School graduate, Class of
2003. Missouri State University Alumni with a B.S. in Technology Management. My father was
an attorney in the Springfield area, you might even know him, Steve L .Shepard. He practiced with
the guys from StrongGarner Bauer. I have a great amount of respect for our legal system. To have a
chance to show support and have my voice be heard regarding Jason's case is not something I take
lightly. I have worked in the Information Technology sector for the majority of my career in
Southwest Missouri, aside from a few years out on the West Coast. I currently work as an IT and
Cybersecurity consultant, for one of the most prestigious IT companies in the Midwest, Alexander
Open Systems. My clients include some of the biggest and brightest organizations in the area, such
as Missouri State University, Drury University, O'Reilly Auto Parts, John Q Hammons Hotels,

Springfield Remanufacturing Company, and many more. I'm also currently pursuing a Master of Science in Cybersecurity from MSU. I say all this to provide some context around my career and my dedication and commitment to the IT field and more importantly the local tech economy. That is how I met Jason Klein, through the shared passion we have in regard to technology and the tech community.

I have been a member of the Association of Information Technology Professionals since 2013. The AITP is a non-profit organization committed to continuing education, networking, and community involvement for IT professionals. In 2014 I joined the AITP board as Programs Director, a role that is very much member facing and interactive. During my first year I became better acquainted with many of the members of the chapter. Jason Klein was one who I frequently had great discussions with; about IT, the community and how the AITP could continue to build momentum and have a positive impact on the community and tech economy. Over time we even would talk about our personal lives and the things we hold dear; both of us are family men with young daughters so we had things in common there too. Also, we discovered we both enjoy the hobby of cycling. Needless to say we had plenty to talk about between work, family and a hobby.

In 2015 the AITP Board President role was up for nomination and Jason ran for the seat. I will disclose now (although I never have) who I voted for... I voted for Jason. I knew he would do a great job and was confident he could take what was already the largest and most successful chapter in the United States to the next level of success and impact. Jason won the seat and then became acting president of the AITP Ozarks Chapter in January 2016. It wasn't until then that I really got to know what type of guy Jason Klein is, the proof is in the pudding as they say.

When Jason took over the role he wasted no time in getting started. He met with each board member individually and brainstormed for the coming year; talking through all of the ways we could improve the chapter and laying out specific action plans to make real on our ideas. Over the next year we worked very closely together on all of the programs, membership initiatives, sponsorship campaigns, a golf tournament, scholarship fund investments, and general chapter business. Jason was so passionate and dedicated I would often jokingly ask, "Don't you also run a software company or is the AITP your only job?"

I could probably write 50 pages chronicling all of our work together and the many, many successful initiatives we completed. I will save us both the time though and mention one in-particular that I

believe speaks to Jason's character. The AITP raises money every year to give two scholarships to MSU students. I remember Jason telling me one day he thought that it was probably the most important thing to him that the chapter does. Giving back and helping the next generation of tech professionals. I watched him drive the fundraising from end to end, working countless hours on the events. And not only did he work to raise the money, he then continued to work on the scholarship fund by dialing in the investment strategy to be the most profitable as possible. He showed a lot of selflessness and also intelligence in his handling of this business for the chapter.

Over the next two years I got to know Jason as a dedicated business leader, community member, and family man. That's why I was so surprised to see the headlines that followed his charges. To be honest, I was shocked. I immediately reached out and he explained me what had happened. As a technologist I've been well aware of bitcoin and other blockchain technology since about 2012. Jason had really been an early adopter of the technology and it proved to be a good investment, unfortunately for him he didn't realize all the regulations related to cryptocurrency and he made a big mistake with his Bitcoin. He was clear about that, he made a big mistake. Naivety or whatever other reason might be used as an excuse, Jason (true to form) wasn't using it. He was accepting full responsibility and he continued to do so with his guilty plea.

Now, Jason's sentencing is coming up and he is concerned with how the court will judge his mistake, and how it will impact his business, his reputation and his family. I'm also feeling that concern and hope to see the best possible outcome for Jason, Pam, and their daughter. Jason, made a mistake, he committed a crime. I understand the crime and I understand his admission of guilt. The way he is handling the matter, I believe, also speaks bounds for his character. It is with that and the many factors I've written about above that I implore you to consider when sentencing Jason. Jason Klein is a great member of our community, a business leader and family man. It is my hope that you, Judge Harpool, will give Jason the least punishment possible required by the law. Thank you for your consideration regarding this matter.


Sincerely,

Luke A. Shepard





**Brian Bingle**
**City Administrator**
P.O. Box 395
Nixa, MO 65714
bbingle@nixa.com
(417) 725-3785

July 12, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

RE:    United States v. Jason Klein/CR17-3056-MDH

Honorable Judge Harpool:

I am Brian J. Bingle, City of Nixa Administrator, where I have served in this capacity since 1999. Please accept this letter as my character reference for Mr. Klein.

Mr. Klein and I became acquainted with one another as a result of Mr. Klein's willingness to participate in numerous city organized committees, and he ultimately provided a significant amount of assistance to me in the hiring of our Information Technology Specialist. Our business experience first started from our mutual involvement in our city's Chamber of Commerce. From there, as a direct result of Mr. Klein's passion for Nixa's success, he and I became very close associates during his tenure on the City of Nixa's 2013 Continuous Improvement Strategic Plan. His participation was instrumental in the City ultimately establishing an Economic Development Action Team that led to the creation of our Economic Development Committee. During our business relationship, I found Mr. Klein's business acumen exceptionally beneficial in the development of City goals, objectives, and the formation of pertinent actions deemed essential to effect resolution. Mr. Klein played an integral role in this entire process, and the city is better because of his involvement.

Mr. Klein also contributed significantly in the city's recent hiring of an Information Technology Specialist. He donated a substantial amount of his time, without compensation, towards the preparation and editing of the city's IT job description. He set aside time from his own personal life to review numerous IT applications, he culled those applications down to a very select few, and he spent numerous hours sitting in on personal interviews, where he assisted us in making a recommendation of our prime candidate.  All of this voluntarily, without regard for recompense, solely for the betterment of his community and our organization. Judge, this speaks volumes about Mr. Klein's character. I have the utmost respect for Mr. Klein professionally and personally.

Knowing Mr. Klein at these related professional and personal levels, I can attest to his sincere regret and remorse for the incidence that has placed him in this difficult predicament. I respectfully request that you impose the most lenient sentence available to you.

Respectfully,

Brian J. Bingle
City of Nixa, Administrator

Duane Keys
431 S Jefferson Ave, APT 230
Springfield, MO 65770
July 11, 2017


The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

In regards to:

**United States v. Jason Klein**
**CR 17-3056-MDH**

Dear Judge Harpool,

I have known Jason Klein for several years. I met Jason through the Association of Information Technology Professionals (AITP) of the Ozarks of which we are both members. I have lived and worked in the Springfield area for nearly 20 years. I am currently working as a Director of Application Development for O'Reilly Auto Parts. I was fortunate to start working for O'Reilly right out of college after I graduated from the University of Missouri-Rolla (now Missouri S&T) with a degree in Computer Science and have been with the company ever since.

As a part of a strategy of outreach to the tech community my company purchased corporate seats with AITP. Our plan was to engage with the local community to improve what we saw was a less than favorable image of O'Reilly's IT department as well as promote the Springfield market as a tech-friendly and a great place to live in order to help attract technical talent to the area. I began regularly attending and participating in the organization by discussing the innovative IT projects we were working on while networking with my peers in the tech community.

I started to get to know Jason better after he was elected to president of AITP. Initially I submitted my name to run against Jason and a few other candidates for the position but I suspected the field of candidates, Jason included, had much more passion and drive for the organization. I withdrew my name before the elections. After his election my suspicions were confirmed: I found Jason to be a kind, generous, and passionate person. He had great interpersonal skills and was a natural leader. We shared vision to make Springfield a place that could be known for great technology. As president of AITP Jason organized monthly membership meetings and special interest group discussions. I got to know Jason better while volunteering with him at the AITP Scholarship Golf tournament which raises money to support the AITP of the Ozarks scholarship program. Under Jason's leadership our chapter of AITP has grown to the largest in the country.

I stumbled into another mutual passion with Jason when I attended a Springbike meeting. Springbike is a local bicycling club in the Springfield, MO area. The club was looking to revamp the website and Jason was the board member leading this effort. I volunteered immediately to assist with our mutual intersecting interests of technology and cycling and together we produced a much improved web site that helps to achieve the mission of the club to promote and advocate for safe cycling in the Springfield, MO area. Through Sprinbike I was able to develop a real friendship with Jason. We have actively participated in hosting rides and events as well as riding in club sponsored and charity rides. I have since joined the board of Springbike and meet often with Jason and other board members to push the club's mission.

It came as a surprise to me when Jason told me he had plead guilty to a crime. The seriousness of the crime and the history of my dealings with him didn't reconcile. I thought surely there was a mistake but Jason explained to me the circumstances and that he was intent on accepting responsibility for his actions.

This admission of guilt by Jason has in no way affected my positive personal opinion of him. Through this letter and many others like it I hope the Court will come to understand the overwhelming net-positive impact Jason has had on the community and render the most lenient sentence the Court considers to be appropriate in this case.

Sincerely,

Duane Keys

7/11/2017

Deb Wilson
The Ozarks SySTEAMic Coalition (O-STEAM)
2962 W. Oakhaven Lane
Springfield, MO 65810

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**Dear Judge Harpool**

This letter is in reference to: United States v. Jason Klein CR 17-3056-MDH

I have come to know Jason as a knowledgeable and generous man during the last four years since meeting him. I am a retired educator, 24 of my 32 years in education was teaching at Jeffries Elementary in Springfield. Four years ago I founded a nonprofit- The Ozarks SySTEAMic Coalition (O-STEAM) to promote science, technology, engineering, the arts, and mathematics (STEAM) throughout the entire Ozarks region. I met Jason four years ago at one of the Mid-America Technology meetings where I gave a presentation on my goal and vision for showcasing a stronger STEAM focus in this region of the state. Jason was most generous in helping me with contacts that might help me propel O-STEAM's mission and vision. As we frequent the same professional organizations and meetings he always takes time to reach out to me and is always asking for updates on how O-STEAM is progressing and is always helpful with ideas, suggestions, or contacts that might help O-STEAM reach more people. He often says how proud he is of my commitment to enriching this community through my work with O-STEAM. His remarks always makes my day and makes my work seem important.

Jason also attended and helped man a booth at one of the events O-STEAM helps to organize, The Ozarks Mini Maker Faire. At our event Jason represented The Association of IT Professionals (AITP), as its President, by applying to attend the event as a vendor and obtaining volunteers to man the booth.

Jason has been most helpful in our professional relationship and generous with his time. It is my belief Jason has accepted the responsibility of his actions and I pray that you see fit to apply the most lenient sentence the Court considers to be appropriate

**Respectfully Submitted;**

*Deborah S. Wilson*

Deb Wilson
Chairman & Founder-The Ozarks SySTEAMic Coalition (O-STEAM)

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri


RE: United State vs. Jason Klein  CR 17-3056-MDH

Dear Judge Harpool,

My name is Shannon McMurtrey.  I work at Drury University as an assistant professor teaching undergraduate and graduate courses in cybersecurity and management information systems.  I have been active in the local information technology community for close to twenty years and become friends with Jason over the past few years as he has become one of the pillars of our local technology community.

In teaching college students who are fascinated by, and inclined toward technology, over the past couple of decades I have observed that humility, and the heart of a servant, are very rare traits among technologists.  I have no explanation for this observation, and admit that it is nothing more than a personal observation; but this has been my experience.  That said, I have observed both humility, and the heart of a servant in my friendship with Jason as I have come to know him over the past few years.  He has gone above and beyond the call of duty for many organizations that he volunteers his time with, which has resulted in him endearing himself to many in our community.

I have no knowledge or understanding surrounding the details of the situation that Jason currently finds himself in; but would ask for your lenience and mercy as you consider the most appropriate path forward.  Jason is a valuable asset to our community and I have had tremendous respect for how he has handled himself through this difficult experience.  Where many might have been tempted to retreat, Jason, as is his nature, has continued to serve.

His love for and commitment to his wife and daughter are inspiring and something that any young man would be wise to emulate.  You will be in my prayers as you sort through this and the many other difficult decisions that cross your desk on a daily basis.  I appreciate the work that you do.


Sincerely,

Shannon McMurtrey, Ph.D.
Willard, MO

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**United States v. Jason Klein**
**CR 17-3056-MDH**

Dear Judge Harpool,

My name is Kris Parks and I have known Jason for the last 10 years. I came to know Jason when he began dating my sister who he eventually married and remains happily married to today. As a brother to three sisters, one of my main hopes for them was to find a man that would take care of them and treat them with honor and respect. Jason has been this man not only for my sister, but for my niece as well. As I am not married myself, Jason has been a role model to me of how to be a great husband and father. This is something that I am very grateful for as it seems this is not the "norm" in our society today. Not only do I consider Jason family, but I consider him a close friend as well.

I know Jason to have integrity in all that he does; whether this is with his family, friends, business, etc. This quality is very hard to find and I know is cherished by all that come in contact with him. I believe Jason challenges those around him by this fact and makes others strive to do the same.

I am aware that Jason has pleaded guilty to the crime he is accused of. This fact has in no way changed the way I feel about him or the level of respect I have for him in all the things mention above. I know Jason has taken this situation very seriously and has sincere regret.

My hope in writing this letter to you is that you will see how great of a person Jason is and how much of a positive influence he is to those that come in contact with him. I hope that through this process that fact will be undeniable. I plead that when it comes time for sentencing you will consider the lowest appropriate sentence. I thank you for your time and consideration.

Sincerely,

Kris Parks

7/15/17

**The Honorable M. Douglas Harpool**          <u>**United States v. Jason Klein**</u>
**United States District Court**                    **C R 1 7 - 3 0 5 6 - M D H**
**Western District of Missouri**

Dear Judge Harpool,

    My name is Marc Truby, a personal friend and business acquaintance with Jason Klein. I came to know Jason 5 years ago while I was Executive Director of the Nixa Area Chamber of Commerce. I am currently the Director of Special Projects with Catholic Charities of Southern Missouri and a graduate of Missouri State University. Jason and I worked on several projects and team related development plans. These projects included; the five year Strategic Planning Economic Development plan for the City if Nixa, Men's networking luncheon for Nixa Chamber, NixaQue Barbeque Challenge for Nixa Chamber and other Expo / networking related event functions. Jason was very active on the networking trail where I also frequently bumped into him. I could ask for no better right hand partner to get the job done and do so in a smart and professional manner. Honesty, wisdom and respect are all attributes which Jason possesses. If I delegated a task to Jason which needs to get done right and on time, I would have no doubts in his success. One who is creative and rooted in logic is a commodity in the game if life. Moral character and integrity are imbedded within Jason Klein.

    I can only ask a personal plea for leniency in the sentencing of Jason. He not only loves and supports his young family, but he guides those around him and is the epitome of a true leader. He is a man of the community and is invested to help others. He goes above and beyond when it comes to service to others and brings out the best in those he leads. I hope you, Judge Harpool, also see the best in Jason and are merciful in your decision.

God Bless,

**Marc Truby**

**707 Robinwood Ln**     **Nixa, MO 65714**

**417-766-6637**       **marctruby21@gmail.com**

Martin E. Preuss
PowerSteering.com
607 W Kathryn Street
Nixa, MO 65714


July 15, 2017


The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**United States v. Jason Klein**
**CR 17-3056 MDH**


Dear Judge Harpool,

As a professional acquaintance of Jason Klein, I am writing to tell you about my experiences with Jason. I hope you will take them into account during the sentencing phase of the above referenced case. I am aware of Jason's guilty plea in this matter.

I am a mechanical engineer with years of experience in manufacturing operations management. In various industries during my career, I applied technology to improve business operational results. Accordingly, when I started my consulting business, Lean Business Intelligence, I joined the local chapter of the Association for Information Technology Professional, (AITP.) It is in this organization that I met Jason.

My first personal encounter with Jason was as a volunteer at the AITP booth during the OSTEAM Makers Faire (promoting science, technology, engineering, the arts, and mathematics) at the Springfield Expo Center in August of 2015. He and I worked the booth during the same assigned time. My first impression of Jason was that he was fully committed to furthering the mission of AITP (continuing education, professional growth, leadership, and the exploration of issues that face the IT industry.)

With Jason as President-elect of AITP, I had a few more interactions, then he asked that I serve on the Board of Directors as Secretary, which I agreed to. I served as Secretary from January, 2016 till June 2016. During this time I interacted with Jason on at least a weekly basis, as we planned and attended monthly board and general membership meetings. Like my initial person encounter with Jason, I found Jason to be singularly devoted to furthering AITP's mission, he was selfless in his role as President.

1

Under Jason's leadership, monthly meeting attendance grew. He devoted large amounts of time to all aspects of the organization, including (but not limited to):

- Maintaining funding of the student scholarship
- Promoting and awarding the scholarship to eligible students
- Improving monthly program quality for the general membership
- Expanding the events offered to membership, beyond just a monthly meeting
- Maintaining board of director transparency and adherence to all reporting requirements
- Finding and qualifying a meeting space that could accommodate growing attendance

Due to my purchase of a small business which required a one hour commute away from Springfield, I resigned the position of Secretary - from a practice perspective, the commute prevented me from attending Board meetings, etc.

Now, as the owner of that small business, PowerSteering.com, if the need arose for his expertise, I would not hesitate to hire Jason. I know he is forthright and honest - he is a man of his word and he looks out for those he serves.

Accordingly, I request that you impose the lowest sentence permitted under the law for Jason's transgression in above mentioned case.

Sincerely,

Martin E. Preuss
Owner
PowerSteering.com
417.374.7627

Case 6:17-cr-03056-MDH   Document 21-1   Filed 08/31/17   Page 27 of 64

Dominic Barry
4066 S Colby Ct
Springfield, Mo 65807
June 16, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

United States v. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool,

I want to first introduce myself – my name is Dominic Barry, I'm a Design and Program Engineer for ForresterTech, LLC here in Springfield, Mo. I live here in Springfield as well, with my wife Sara, and my 16mo old daughter Maria.

I know there will almost certainly be people writing letters on behalf of Jason that are much closer to him than I am, or have known him longer than I have, but I am writing this letter because Jason is one of, if not the most selfless human beings I have the honor of knowing.

I've been friends with Jason since the summer of 2013 when I began training to participate and fundraise for the National Multiple Sclerosis Society's annual MS150 bike ride. What had begun as a way to improve my own quality of life through exercise, ended up introducing me to an incredibly kind and genuine friend. I had gone out on a limb that summer looking for someone who might have also been riding for the first time or wouldn't mind letting someone new join them during the ride. Jason was the only person who responded to my request for help, and emphatically offered to meet me that morning to ride. He's been a great advocate for not only participating in fundraising and participating in the MS150 ever since, but he has also been a motivator for sticking with cycling these past 4 years.

I mentioned at the beginning of my letter that I feel like Jason is one of the most selfless people I know for a very specific reason that will always stick with me. This past March I was diagnosed with Stage II Colorectal Cancer at age 35. It was an unexpected diagnosis that brought a great deal of uncertainty and hardship to me and my family. It's important to know that Jason and I are friends through our shared interests in cycling and the world of tech, so a lot of our communications are about riding or some new cool gadget, and not always about family or stress of work. Being a new father, and having had just bought my first home, our schedules hadn't allowed for much contact since the previous Summer during a few training rides. Once I had announced to my family and friends my diagnosis, Jason was immediately one of the first people asking what he could do to help. Your honor, I have people I call my best friends that I have known for more than 20 years that weren't much support during those first few days, but Jason wanted to help as if he was family.

I don't know that words in a letter can accurately describe how that made me feel as someone who needed the strength of others support during that time. His willingness to help didn't just stop with an offer of thoughts or prayers. Jason offered to help with things around the house that I might not be able to do after surgery, whether it be checking on our pets, mowing the lawn, or just offering company to someone stuck in bed recovering. Jason did these things and those examples among so many others meant so much to our family, and will always be a reminder of how lucky I am to have a friend like Jason.

I understand the significance of what Jason has plead guilty of, and the consequences that may follow, but I am hoping that my testimonial of his kindness and importance of having Jason in my families' life will allow great mercy being shown by you and the court. Thank you for this opportunity to share my story.


Sincerely,


Dominic Barry

Derek A. Richardson
2062 W Melbourne Ct
Springfield, MO 65810
417-619-6614
rekrichardson@gmail.com

June 26, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

Re:     **United States v. Jason Klein**
        **CR 17-3056-MDH (W.D. Mo.)**

Honorable Judge Harpool,

My name is Derek Richardson, a resident of Greene County, Missouri and I am proud to call Mr. Jason Klein one of my closest friends. I first met Jason on a float trip in the summer of 2013. My wife had recently begun employment with Ollis & Co and quickly befriended Mr. Klein's spouse, Pamela. It did not take long for Jason and me to follow suit.

Jason and I would frequently see each other at various community and networking events. At that time, being new to sales, it was nice to have a familiar face at many of these events. Jason was well connected within the community, particularly in the technology communities, and was always willing to introduce me to his business connections.

For as long as I have known Mr. Klein, he has always been very passionate towards technology, particularly in regards to the latest and greatest developments. If someone had an interest in learning more about a particular topic, Jason is always willing to share his knowledge and he has the skill of being able to convert the technical jargon into easy to understand terms and concepts. I have often joined Jason as his guest to various IT events in town.

On a personal level, Jason and I would spend countless hours talking about our business experiences, ambitions, and goals. While Jason served as the president of the local Association of Information Technology Professionals, I served as the president of the Rotaract Club of Springfield. We'd often share "war stories" and brainstorm unique fundraising opportunities for our respective organizations. Jason often serves as the backboard for the crazy entrepreneurial business concepts that might have originally seemed like a good idea in my mind.

When it comes to lending a helping hand, no one is more reliable than Jason Klein. Jason is always willing to offer his knowledge, experience, tools, or manual labor for any project that I am working on. Whether it is picking up purchased lawn equipment, rebuilding a wooden bench, or even relocating our home, Jason is always the first one to arrive and the last one to leave. Less an occasional cold brew and good conversations, he asks for nothing in return.

I was humbled to have joined Mr. Klein in personal support at his plea hearing held on May 2, 2017. While I would be the first to admit that I do not have a deep understanding of bitcoin, laws or regulations that might apply, or the specific details of Jason's case, I do know the personal character of Jason Klein. He is a wonderful husband to his wife, Pamela and an amazing father to his daughter, Katelyn. He is an asset to our business and civic communities. Once again, I am proud to call Jason a friend.

I am aware that Jason has selected enter a guilty plea for the charges brought against him. I also believe that Jason has sincere remorse for the decisions that has brought him to this chapter of his life. From the bottom of my heart, I plea that you would impose the lowest sentence permitted under the law.

Sincerely,

Derek A. Richardson

June 13, 2017


The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

Re: United States v. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool:

I first met Jason Klein over three years ago now while helping him and his wife, Pam, with their vehicle that had broken down along the highway. As membership chair of the AITP of the Ozarks we hit it off right away with similar interests. He quickly joined the Chapter and became active not only with leadership eventually of the Chapter itself but also started a movement in Springfield to coordinate tech related groups beyond AITP to network together. Jason's focused driven initiative to work for the tech community has been an inspiration for many.

As friends now with Jason we've discussed his involvement in this case and I sincerely believe he is remorseful for his actions and would cordially like to ask the court for leniency in his case.


Thank you,

Randy Baker
Membership Chair of the AITP of the Ozarks



**The Honorable M. Douglas Harpool**
**United States District Court**
**Western District of Missouri**


Dear Your Honor,

     My name is Rick Benard, I am a Sonic Drive-In franchisee with 11 locations throughout Kansas and have been for 34 years.

     I am writing this letter regarding United States VS. Jason Klein. I understand that Jason has pleaded guilty to a crime that I do not fully understand and has no effect on my working partnership or respect for Jason. What I can say is that I have known Jason for 20 years as a friend and business associate and I do believe that Jason is an asset to society. Jason served 9 years with the Newton (KS) Kiwanis Club and was a board member for 6 of those years and was also an active member for the Newton Chamber of Commerce for 9 years and a Chamber Ambassador for 4 of those years.

     Jason's company Datility Networks, hosts and sponsors the Newton Linux user group which connected the Linux users to monthly educated programs. As you can see, Jason is very active in the community. He has been a tremendous asset to our organization and I would like to ask for leniency on Jason's sentencing.


Thank you for your time,

**Rick Benard**
**Director of Operations**
**BBR Investments, LLC**


PO Box 160, 305 N Meridian Road, Newton, KS 67114
Office: 316-283-0975   Fax: 316-283-0996

July 20, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

<u>United States v. Jason Klein</u>
CR 17-3056-MDH

Dear Judge Harpool,

My name is Chad Boschert. Over the last 10 years I've been an active leader in Springfield's software developer community. This is a diverse community of computer programmers that meet regularly to share knowledge, build relationships, and grow and keep technical talent here in the Ozarks. I've formed and/or participated in many of these groups: the .NET Users Group, the WordPress User Group, Springfield Python Developers, Springfield Web Devs, Springfield Creatives, AITP, MATA, Springfield Technology Leaders, and others.

While many people benefit from these groups, the groups only exist because a handful of people have the passion and initiative to volunteer their time to coordinate meetings, present educational topics, share their knowledge and experience, show up, and give more than they take.

Jason Klein is one of the handful of people that make this community possible. He actively participates in the leadership of multiple groups, finds presenters, and coordinates meetings. He is also willing to present on technical topics at monthly meetings for any of the groups.

Jason's experience and willingness to share are big assets to Springfield's technical community. Personally, Jason has helped me grow as a technology entrepreneur. He's always willing to share his experience, opinions, and advice. At social dinners after the monthly presentations, I regularly witness Jason's passion for helping others through the advice he gives. Often, these are young people in need of good role models. I believe Jason to be a good role model.

I'm hopeful you see the value this community provides the Ozarks, and the value Jason provides the community. I'd like to enlist your support of the good we do by requesting that you choose the most lenient sentence you consider to be appropriate and one that allows Jason to continue being a positive impact on our community.

Sincerely,

Chad Boschert
chadboschert@gmail.com
417-693-8123

July 13, 2017


The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

RE: United States v. Jason Klein
OR 17-3056-MDH


Dear Judge Harpool,

My name is Michelle Hulett and I am writing this letter of support for Jason Klein. I have lived in Springfield, Missouri for 25 years and have known Jason for approximately four years. I met Jason through a local professional organization where we both served on the Board of Directors and on several sub-committees in that organization.

I have enjoyed working with Jason over the past few years because he gives his best effort to the activities in which he participates, from charity golf tournaments to conferences. Each event or meeting I might have attended with Jason was successful, and Jason's efforts could be identified as a contributor to that success. Jason has been extremely supportive of the efforts of many local organizations, but especially those which help to develop skills in people who might fill the shortage of technology workers in southwest Missouri. From young students to senior professionals, Jason has volunteered and supported activities that seek to improve their lives and further develop skills and leadership potential. He is a well-liked and respected individual.

I understand that Jason has plead guilty to a crime. I also remain thankful and appreciative of Jason's efforts and desire to create a better world for his own family and the families of others. I do not believe his desire to serve and help others is diminished by this event. To that end, I would ask you consider his many types of service to our community and impose the most lenient sentence that the Court would find appropriate.

Thank you for your time and consideration,

*Michelle J. Hulett*

Michelle J. Hulett
Springfield, Missouri



**Brian Steele**
**Mayor**
P.O. Box 395
Nixa, MO 65714
bsteele@nixa.com
(417) 714-0020



July 14, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

Re:     United States v. Jason Klein
        CR17-3056-MDH (W.D. Mo.)

Dear Judge Harpool,

I wanted to take the opportunity to voice my strong support for Jason Klein as you consider his sentencing in the above titled action.

As Mayor for the City of Nixa I have come to know Jason as an exceptional member of our community over the past several years. I have worked with Jason on many occasions, and he has always selflessly given of his both his time and skills.

Jason and I served on the Nixa Chamber of Commerce's steering team for the Exceptional Men in Business group. Even though Jason's business is located in Springfield, and is not directly benefited by working with the Nixa Chamber, he was always shown dedication to supporting other Nixa businesses. He led our work on our NixaQue community event, helping to raise funds for our local charitable organizations. Through this relationship, I asked Jason to serve on the city's Economic Development and Strategic Planning Committees. He has worked tirelessly with these organizations to bring new ideas to help improve our city.

On a personal note, I have found Jason to be a good and honest friend. His kindness, strong worth ethic, and sincere desire to help others continually shows in all of actions.

I would urge you to consider Jason's commitment to his family and our community when imposing sentence on him for his crime. I know that he is sincerely remorseful, and I would hope you would impose the minimum sentence allowed under the law.

Sincerely,

Brian Steele
Mayor – City of Nixa

*Neighbors committed to an exceptional quality of life*

The Honorable M. Douglas Harpool
United Stated District Court
Western District of Missouri

In regards to
United States v Jason Klein
CR-17-3056-MDH

July 14th 2017
Dear Judge Harpool,

My name is Josh Willis. I am a Senior Software Engineering Consultant in the Springfield Missouri area where I have been fortunate to work with and alongside many professionals, including members of the Missouri State University faculty as well as local business such as Penmac and JMark. Many have been and continue to be clients of mine and many whom I consider to be both influential and incredibly supportive of the business community in the Springfield Missouri area. Among those individuals, it has been my pleasure to know and conduct business alongside Jason Klein throughout the last 4 years.

I first became acquainted with Mr. Klein through a mutual acquaintance that brought us together to conduct business regarding website development needs he had at the time. During our time working together, he maintained professionalism while still be being incredibly personable. At the time, I was in a growth stage of a small business I had started and he made several positive recommendations regarding community involvement, one of which was a suggestion to attend the local chapter of the Association for IT Professionals, an organization he would later be elected president of due to his positive involvement in the local IT community.

Mr. Klein has always been a close source of feedback and help any time I've requested it, making suggestions and offering feedback on business ideas. On many occasions, he and I have discussed at great length new technology that has become available, how it might be used in and change the way people conduct business as well as how this new technology might benefit our community as a whole.

Later when the business I had started failed and need to be closed down, Mr. Klein was one of the first people I talked to about it. He gave sound advice regarding my dealings with government taxation departments to insure I was adhering to the necessary regulations and meeting any and all requirements I had. At the time, the business still had a sum of outstanding work owed to Mr. Klein, to which he graciously set aside without grief to allow me time to close the business and complete the work at a later date.

It is my personal opinion that Mr. Klein is one of the most positively involved members of both the local technology professionals' community and the local small business owners' community. I have never heard ill will spoken of him and mutual acquaintance have only positive things to say about him.

Despite the crime he has committed I have no reservations recommending Mr. Klein as a business man to anyone seeking services he offers as well as sending individuals his direction that are looking for ways to become more involved in the local community. I have no concerns regarding his character and believe fully that, while he has indeed made mistakes, he is capable of learning from those mistakes and bettering himself. While the charges brought against Mr. Klein are of a seriously nature, it is my sincerest hopes that given Mr. Klein's acceptance of his guilt and his established history in the community that the court would find it appropriate to impose the lowest possible sentencing so that he may continue to be a positive influence in the community. I firmly believe that given the opportunity Mr. Klein will do everything in his power make right the wrong done, learn from those mistakes, and use those experiences to help others insure they don't make the same mistakes.

Thank you for your time,

Sincerely,

Josh Willis

July 14, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

RE: Unites States v. Jason Klein
    CR 17-3056-MDH

Dear Your Honor:

Jason Klein and I first became acquainted with one another in the fall of 2015 as I was assisting Jason with business consulting and tax planning services. I have since worked with Jason on various projects with his business since that time.

During the time I have worked with Jason I have observed him to be ethical in his decision making process and he has demonstrated a desire to comply with all federal and state tax laws. He has appeared to be a conscientious business owner with the intent of making a positive impact on his clients and his community.

During the last several years I have witnessed Jason actively engaging in his community through various organizations and civic groups. I know he is active in leadership with the hopes to improve his industry and those he interacts with daily.

Jason has taken responsibility and has demonstrated remorse for his actions. I believe Jason has learned from this experience and would not engage in future similar actions. I ask that you consider the above information and the positive impact Jason has made on others in imposing the lowest possible sentence permitted by the law.

Thank you for your consideration

Kevin Yount, CPA

 **Maranda Provance**

maranda@thegeekfoundation.org
417.848.5046

July 14, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

United States v. Jason Klein (17-3056-MDH)

Dear Judge Harpool,

I am writing to express my support for Jason Klein whom I have known for almost two years through his work in the community. Jason was one of the first names mentioned to me when I was crafting the idea behind my nonprofit organization, The Geek Foundation. In that very first meeting, I could tell that Jason was not only a tremendous resource for me but also for the technology community at large.

Everyone in the technology community knows Jason because he goes out of his way to be kind to everyone he meets. Over the last several years, he has led the Southwest Missouri chapter of the Association for Information Technology Professionals (AITP), which is in fact the largest chapter in the country with over 230 members. He has brought life to the tech industry in Springfield by bringing people together through regular meetings and annual conferences. He also helps organize a monthly tech leaders lunch where leaders of various organizations get together to share ideas and do great things across our sectors.

I am very grateful to Jason Klein for the connections he helped me make for The Geek Foundation. If he were to go to prison, the community would be missing out on an incredibly value resource. I ask that you please consider giving Jason the lowest sentence permitted under the law. Allowing Jason to serve out his sentence through work in the community would be an incredible investment in our city.

Sincerely yours,

*Maranda Provance*

Maranda Provance

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri


RE:    United States v. Jason Klein
       CR 17-3056-MDH


Dear Judge Harpool:

My name is Steve Raper, President of Springbike Bicycle Club, in Springfield MO. Springbike is a local cycling organization, which began in the late 1990's, that concentrates its efforts in promoting safe enjoyable cycling for its members and the community. I met Jason Klein as a friend through the club. I've since had the pleasure of having him as a friend for the last 3 years.

Jason has very instrumental in the development of the club for the future. Jason was sought out to become a member of the board of directors; Jason responded with enthusiasm. Jason joined the board at time when the organization was in a transformation. He came to the club bringing a wealth of knowledge in helping us updating our social media footprint. Jason helped create and oversee the new website; direct us through the challenges of obtaining the rights to our domain name, but most importantly, helping the club progress in meeting the needs of the members and community outreach for today and in the future. With him, the club has transformed into an organization that meets the needs of its members, but also is involved in reaching the cycling community.  In leading the board, I have relied on the board to provide a candid opinion and thought process in the club business. Jason has been a relied upon companion to provide a very well thought idea and then leading others to understand his position, subsequently, bringing unity on an issue.

I joined Springbike as a member in 2006, then became a board member in 2011, serving in the capacity of Secretary, Vice-President, and now currently President. I have been employed with State Farm Insurance for the last 24 years in various capacities, including my current role as a Securities Principal and Compliance liaison. I have lived in the Springfield area for the last 27 years. My wife and I have raised four children in this great city; all graduating from Kickapoo High School.

As I write this, I and the Springbike board are fully aware of Jason's guilty plea. The Board and I stand by Jason during this time; he is as a good friend and valuable asset to the club and cycling community. In conversations with Jason about this plea, he has shown great remorse and regret for his conduct. This is just another positive trait I have come to know about Jason. I very much appreciate his transparency, honesty and sincerity during this time.

In closing, I plead with you to impose the lowest sentence permitted under the law.  Thank you for your time and consideration.

Sincerely,

*Steve Raper*

Springbike Bicycle Club, President

Richard A. Russell, JD, CPA
3386 W Erie St.
Springfield, Mo 65807

July 15, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

      RE:    United States v. Jason Klein
              CR 17-3056-MDH

Dear Judge Harpool;

I am President and General Counsel of Ollis/Akers/Arney, an insurance and risk management firm with offices in Springfield and Branson. I currently serve as President of the Library Foundation and am a member of the Board of Directors of The Kitchen, serving on the CEO Search Committee, the Strategic Planning Committee and chair of the Audit Committee. I am a member of the Springfield Metropolitan Bar Association and the past chair of the estate planning and in-house counsel committees, past Treasurer, and frequently speak on legal, insurance and business topics.

I am writing you on behalf of Jason Klein and would ask that you impose the lowest sentence permitted under the law.

I have the pleasure of knowing Jason as a friend, client, community leader and the husband of my co-worker, Pamela Klein.

I met Jason through his involvement in the local business start-up community. We met after seeing each other at a number of events focused on promoting entrepreneurship and start-up businesses in our community. Jason and I have a common passion in helping entrepreneurs and business owners in the Springfield community.

Jason is active in our Springfield business community, leading and participating in a number of business start-up and technology organizations, and volunteering as a speaker on technology issues. I have had the pleasure of attending a number of entrepreneur events or competitions focused on increasing awareness of the local business start-up and technology communities in which Jason or his company have participated.

Professionally, I have advised and assisted Jason in his efforts to relocate his business to Springfield and the start-up of a new business here in Springfield.

Richard A. Russell, JD, CPA
3386 W Erie St.
Springfield, Mo 65807

Finally, I have had the pleasure of getting to know Jason as a personal friend both through events at my work and community events. Jason has helped me personally to understand technology issues and, despite his conviction, I still consider him a valuable resource, both personally and as a leader in the Springfield community.

I know that Jason regrets his actions in this matter, not only because of the personal impact on his family but also because of the impact it has had on his friends and partners in the Springfield entrepreneur and technology communities. I fear that any sentence that prevents Jason from remaining active in his business and engaged in the Springfield community will remove an important leader from our community.

Therefore, on behalf of myself personally and the Springfield community as a whole, I would ask for maximum leniency and that you impose the lowest sentence permitted under the law.

Sincerely,

Richard A. Russell

Richard A. Russell

David Fleming
4574 S Warren Rd
Springfield, MO 65810

July 17, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

<u>United Stats v. Jason Klein</u>
CR 17-3056-MDH

Dear Your Honor,

I first met Jason in February 2015 at local group for area professionals working from home. I work remotely as an estimator for a San Francisco Bay Area construction company and I moved back to Springfield in October 2013 to be close to family. During the group meetings over the following months Jason and I became friends. Since then we have met regularly for coffee, lunch, and bicycling events.

During the short time I've know Jason I have observed him regularly donate his time and talents back to the local community. He is involved in several civic, technology, and business groups including some he's held leadership roles in. I was personally impressed that he donates time to help local students prepare for programing related technology competition.

There is one specific occasion where Jason demonstrated exceptional character to me personally, which I hope the court will consider during his sentencing. During a visit to my home Jason was bit in the face leaning down to pet our beagle. Following his treatment at the hospital Jason remained sincere friend. He was kind and sensitive after we had to euthanize of our long-term pet and he made no attempt to use any means to profit from the accident personally.

Recently Jason has been very generous helping me solve technical problems related to my commercial computer-programming project for which he's not been compensated for. Even though he's engaged this work professionally, he has given his time to help me sort out problems that were beyond my own capabilities and asked for nothing in return. For me, this reinforces he good character.

Jason shared the news of this case with me privately prior to his plea hearing and I have tried to reciprocate the support he's shown me as a friend since we met. I am certain that he understands the seriousness of the crime he has pled guilty too and accepts responsibility for the same. Considering what I know about this case, I still regard Jason as a close friend and continue to see him and invite him into my home regularly.

Because I sincerely believe Jason's actions to be a mistake and without any direct intentions to harm any persons or the Unites States, I would plea with you to consider the lowest appropriate sentence for this crime.

Sincerely,

David Fleming

The Honorable M Douglas Harpool
United States District Court
Western District of Missouri

United States v. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool:

I am writing this letter on behalf of a business associate who is presently before you on criminal charges and due to be sentenced soon. My name Richard Eckman and I currently serve as a Director of Operations for a Sonic franchise with 16 locations. Our restaurants have worked with Jason through his technology companies for the last 15 years.

When I was made aware of Jason's legal situation, I was speechless. He has never presented himself in any manner other than with utmost professionalism. Jason makes time to meet with my business partners and I on at least a quarterly basis to make sure he is exceeding our expectations and troubleshoot any areas we may need more focus on. Jason provides us with an outlet for technological innovation and supplies a resource when we need IT assistance. My businesses have relied on and become dependent on the services Jason has provided and we will continue to do business with him throughout this process and going forward regardless of the outcome. Jason understands the importance of taking care of his customers, and I respect him for always making us a priority. The Springfield, MO and surrounding communities are better served with Jason as an active member of them, and I have no doubt that he will continue to be an impactful, law abiding citizen that makes all those who know him thankful to have gotten the chance to be a friend, colleague, or business associate.

While the majority of my relationship with Jason has been professional, he and his wife have also attended group functions with my business partners that have given me a small peak into his personal life as well. As a member of the same church as Jason's family, I also could not imagine Jason's wife and daughter having a key family removed for even for a brief period of time. Jason is no threat. While I do understand that his actions did break the law, I hope you'll agree that restitution can be made without removal from the home.

Judge Harpool, I am respectfully seeking the mercy of this court when Jason is sentenced. I know Jason has sincere regret and remorse for his actions. I pray that you give heartfelt consideration in making your decision and impose the lowest sentence permitted under the law.

Thank you for your time and consideration.

Sincerely,

Richard M Eckman

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

RE:  United States v Jason Klein (CR 17-3056-MDH)

July 12, 2017

Dear Judge Harpool,

I am writing you today to consider the character of my friend, Jason Klein, while
sentencing him of the crime of unlicensed money transmission business.  He has
pleaded guilty of this crime against the people of the United States, with me being one
of those citizens, and I feel that he has the knowledge and understanding of what he
has done and that he has paid a heavy price already to his reputation, the organizations
he was involved in, his businesses, and his family.

I first came to know Jason about 4 years ago when he started volunteering for the Nixa
Area Chamber of Commerce.  We both belong to the men's group of the chamber, the
XMIN (eXceptional businessMen In Nixa), which meets monthly to discuss topics
centered around business, service to the community, leadership, etc.  Due to his faithful
attendance and involvement, he was asked to participate on the steering committee for
the XMIN, which he accepted.  He has served on this committee with me for about 2
years now.

I also know Jason as a friend.  We have served together on many different aspects in
our community and I have always appreciated his willingness to volunteer and to be
present.  I know Jason has been involved in in the local technology association, AITP
(Association of Information Technology Professionals), which he led proceeding his
crime.  While I am not an IT Professional and do not belong to this association, I do
know many people who belong to this group and know Jason.  Many of our mutual
friends were surprised and saddened to learn of his crime.  The Jason Klein we know
would not knowingly do something to harm someone or society in general—he has
always gone out of his way to help people and his community.

I normally do not associate with "criminals" and would tend to look unfavorably on
people who are guilty of a crime, but do not do this with Jason.  One reason that has
helped me to look at Jason in a positive way since he pleaded guilty is that he is not
hiding away and avoiding people—he has not stopped attending the events in our
community, he has continued to work at his businesses, and has answered the

questions from people in his community. I don't think he does these things out of pride and contempt of the system, but as someone who is sorry for what he has done and as someone who wants to try to overcome this issue and get back to his life, business, and family.

I have served my community for many years now and I know how hard it is to sacrifice your time, business, and family in order to serve others. I see the same values in Jason that I see in others that selflessly serve their community. I would ask for your leniency when you decide on Jason Klein's sentencing. Please consider his character, his involvement in his community, his small businesses that he has worked so hard to establish, and his family and friends that would suffer if he were to be severely punished. Thank you for the hard work that you do and the dedication to your honorable profession.

Sincerely,

Tony Manasseri
1300 S. Amber Ridge Dr.
Nixa, MO 65714
417-300-8226

July 18, 2017

To:    The Honorable M Douglas Harpool
       United States District Court
       Western District of Missouri

Re:    United States v. Jason Klein
       CR 17-3056-MDH

Dear Honorable Judge Harpool,

       I understand you are presiding over the unfortunate case of my dear friend and business partner Jason Klein. I met Jason more than 12 years ago, as our two businesses work closely together to better serve our mutual Sonic Drive In customers. Jason was a pioneer in the data polling industry, collecting, mining, and delivering strategic and sensitive sales and employee data from our restaurant point of sale computer system to our customers' office every day, back in the day of dial up phone modems. It was a true technological feat back in those days. Jason has always been a leader in pushing emerging technologies to enhance the lives of everyone he serves and with a personal touch of customer service that is now easily lost in our high-speed world.

       My company, a technology company, is called Flightware Solutions, and we have been creating software and hardware for Sonic Drive In since 1991. As the Director of Operations of Flightware, I can tell you Jason and his company is just as important today to our business and the Sonic community as he was so many years ago when he first proved his abilities and services when others failed. Jason is the kind of guy we trust with our deepest trade secrets, along with the most confidential data of our customers. His integrity and loyalty is second to none, and his willingness to go well beyond any scope to provide the highest levels of customer service, dedication, and education to others are just a few things that I admire about Jason.

       All these great qualities have made Jason a successful man, but has never lost sight of giving back to others. As President of AITP of the Ozarks (Association of Information Technology Professionals), Jason has continued to share his experiences and mentor other budding entrepreneurs. Jason is such a pleasure to talk to and work with, possibly because he has an endless desire to be involved, educate, and give back to the community. He is an active member of so many volunteer programs like the Kiwanis Club, several Chamber of Commerce's, Economic Development Council for his city, and other groups for tech startup entrepreneurs.

       I often refer to Jason as an onion, because of the many layers that you discover, the longer you have the privilege to be around him, as he is always full of surprises. To be honest, I barely find the time for the Boy Scouts, let alone to conduct so many leadership and mentoring roles as Jason. But I believe his willingness to go that extra mile and to shine when he enters a room, is because it was not handed to him. He is a self-made and self-taught in nearly all aspects. When I met Jason so many years ago, he was already well entrenched with my company and our mutual customers, and he was often referred to as the smartest technology man everyone knew, because of his many accomplishments and his

1

continued improvements in our industry. I myself am well educated with a MBA in Finance & International Business, plus various undergraduate degrees. So, half way through our relationship, when he told me he was "at school" and had to let me go, I figured he was on another Board of something" at the school or giving a guest lecture to the students, because that's the kind of guy he is. Come to find out, he was in class himself as a student! I was shocked to find he had been so successful and accomplished, and he didn't even have a basic college degree. He later told me that as a young man he was not able to attend college like most everyone takes for granted today, instead he had to work, and work he did. As an industry and community leader, he was now going back to get the formal education of his peers and backup all of his success and innovations. I think this says a lot about Jason Klein and the character of the man he is today. He is a proud man that has worked very hard and succeeded against the odds, which drives him to give back to others.

I did not have to hear about this case against Jason, in the news or second-hand gossip, Jason came to me directly and honestly. He did not try to hide anything, and told me he plead guilty, even though this could affect his business and all that he has worked so hard for. Jason took full responsibility for the seriousness of his actions in Bitcoin transferring, I then had to ask him what a Bitcoin was! He asked me how this would affect our business and personal relationship going forward. I told him business wise nothing changes, he still has my full trust and confidence, and I wish to move forward on another project together to increase the service to our customers. Personally, I admire him even more now. So many people would blame someone else, or the system, or claim some kind of craziness, but not Jason, he took full sole responsibility for his actions, and asked my forgiveness. I thought about his situation and what if I was in his shoes and could I handle it with the same grace and acceptance. It takes great courage and strength for Jason to continue to lead with boundless character and devotement. I expect nothing less out of Jason from my many years together with him and I believe he will be an even stronger member of our community when this experience is behind him.

As the honorable authority of the justice system, of our great nation, I implore you to take a good long look at Jason Klein and his contributions to society thus far in his life and allow him to continue his good works by imposing the most lenient sentence the Court considers to be appropriate in this matter.

If you wish to further discuss Jason please feel free to reach out to me at any time.

Sincerely,

Adam Scott
Director of Operations
Flightware Solutions
27190 E Colbern Rd
Lake Lotawana, MO 64086
(816774-3500)
adams@flightware.com

July 27, 2017

**The Honorable M. Douglas Harpool**
**United States District Court**
**Western District of Missouri**

<u>**United States v. Jason Klein**</u>
**CR 17-3056-MDH**

Dear Your Honor,

My name is Chase Banta and I am the President for a technical recruitment firm in Springfield, Missouri. I have known Jason as both a friend and business associate for the past 2.5 years. When I moved to back Springfield 2.5 years ago to start my own business I was quickly introduced to Jason through a friend who had spoken very highly about Jason's character as well as his deep ties to the local technical community. I remember meeting Jason for the first time at a networking event and we discussed everything from business to riding bikes, Jason is one of those people who has never met a stranger. After our introduction Jason selflessly helped me get introduced to a vast number of people in the local technical industry. This was very instrumental to helping me get my business off the ground and successful, as you are probably well aware that it is rater difficult to make it as a startup. Since our first interactions our relationship has grown and I have always felt very comfortable turning to Jason for guidance. It is rare that someone would go out of their way as much as Jason has to help someone that they hardly even knew. I have served on the Board of Directors for AITP of the Ozarks and during this time I was able to see first hand Jason's willingness to go above and beyond to help out in all aspects of the organization. Jason is a hard worker and he cares about those that he associates himself with.

I am aware of his situation and these actions have not impacted my views of Jason as a person or business associate. I know that he feels a lot of remorse for his actions and regrets the decisions that he has made. I hope that this letter portrays a clear picture for the person that Jason truly is and not the person that this case is about. As I am sure you are aware that everyone makes mistakes at some point in their lives. Thank you for your time.

Sincerely,

Chase Banta
EmBark Staffing – President
901 E. St. Louis Street
Suit 104
Springfield, MO 65806
(417) 849-9995



# CENTER FOR WORKFORCE DEVELOPMENT

## OZARKS TECHNICAL COMMUNITY COLLEGE

August 9, 2017

**The Honorable M. Douglas Harpool**
**United States District Court**
**Western District of Missouri**

**<u>United States v. Jason Klein</u>**
**CR 17-3056-MDH (W.D. Mo.)**

Dear Judge Harpool,

My name is Sherry Coker, and I am the business development director for Ozarks Technical Community College's Center for Workforce Development (CWD). Before I became the business development director at the CWD, I was a non-credit computer training program manager for the College and managed the over 100 computer applications and highly technical courses taught in our program. Though my position at the college has changed, my passion for promoting the great careers available in the technology space has not. It is in this space where Jason and I met.

In 2009, I started what is now known as the not-for-profit Mid-America Technology Alliance (MATA). I was also a member of the Springfield chapter of the Association of IT Professionals (AITP), where I first became acquainted with Jason professionally around August 2014. He and I immediately became friends, as he is not only a very talented and gifted programmer but also shares my enthusiasm for community involvement and the technology industry. He has volunteered countless hours to both AITP and MATA, helping to promote the mission of both organizations. He mentors technology students, attends career fairs, and co-organizes special events such as Hack 4 Good Springfield, the area's first coding competition that helps to solve social problems through technology. This is in addition to the duties he accomplishes as the president of the AITP Springfield chapter.

When a person works in an organization run by volunteers, the Pareto Principle holds true: a few dedicated individuals make sure a majority of the work gets done. Jason is always one of the few I can count on to attend a meeting, accept a task without complaint, and see a job get done. He probably doesn't realize how much I truly value our friendship, as he always has a smile on his face and is there to motivate me when I'm feeling a task is simply too big to accomplish.

As an entrepreneur "wanna be", I have asked Jason countless questions about his business model, including how it actually works. I'm a 'detail' person, and Jason humor me and share most of those details in order to help me understand...I asked about things like how he earned revenue, how he handled providing his own insurance, financing, accounting, etc. In all those conversations, I always left feeling that Jason was doing things the right way based on his own research and understanding. I truly

appreciated his candor and willingness to share what he knew of business from his own vantage point, research, and conversations with professionals. He has always been a person of integrity and sincerity.

I was saddened to learn that Jason had pleaded guilty to a crime, and I can only imagine how difficult this must have been for him, given that I do know him to be someone who truly respects the law. I have spoken to him about the issue, and, as always, Jason shared with me what he could about the incident. As I would expect from my friend, he explained his mistake as best he could with humility, regret, and remorse. My friend had made a mistake, and I appreciated his honesty.

It is my knowledge of Jason's personality that leads me to request your sincere consideration of the most lenient sentence the Court considers appropriate. I know Jason well enough to know he will use this experience to help others understand the seriousness of conducting business in a way that runs afoul of the legal system. He is a truly decent person whom I believe the world is a better place because he is in it.

Thank you for your consideration of my letter of support.

Sincerely,

*Sherry Coker*

**Sherry Coker,** *MBA*
*Director, Business Development*
**OTC CENTER FOR WORKFORCE DEVELOPMENT**
*Office: 417-447-8884   Cell: 417-343-3017*
**Building a Strong Workforce for a Strong Economy**
**workforce.otc.edu**

**Sherry Coker,** *MBA*
*Co-Founder/Executive Director*
**MID-AMERICA TECHNOLOGY ALLIANCE**
*Cell: 417-343-3017*
**Connecting You to the Springfield Regional Tech Economy**
**matasgf.com**



The Honorable M Douglas Harpool
United States District Court
Western District Missouri

8/13/2017

United State v Jason Klein
CR 17-3056-MDH

Dear Your Honor,

I have known Jason for over 20 years when we were both in high school and were both actively involved in our church's youth group. Jason has definitely affected my life and my family's life in a positive way. We became close friends and he taught me so much about computers, programming and networking. I still use the programming and networking skills that Jason taught me in managing the IT functions for my business and I continue to reach out to Jason for help when IT issues arise.

Jason has always been an exceptional business man and human being. He started his own webhosting business when he was 20. So at a time when me and most of my friends were in school having fun and trying to figure out what we wanted to study, Jason was already hard at work supporting himself and making his own way. He was always on the cutting edge of technology and was always someone I could count on to help with questions.

He has not only made his own living running his own business from a young age, but he has helped others too. He hired friends to help him and taught them in the process. Most recently he has mentored students in Springfield and gave away a scholarship to help them with their education.

Jason is an exceptional human being. Out of all my friends, Jason is easily the most involved in his community. I've looked up to him for all the time he has spent volunteering. I know he was very active in Meals on Wheels, Kiwanis club and Chamber of Commerce. He genuinely cares about helping people and making the world around him better.

Jason has also been a great personal friend to me. We were groomsmen in each other's wedding. He always made an effort to stay in touch, support me personally and made time to visit me and my family even though are both busy and live hours away from each other.

Jason is a tremendous family man himself. He is an amazing father to his 9 year old daughter Katelyn and is an amazing husband to his wife Pam. Before he and Pam were even married he took full responsibility and stepped up into a father role for Katelyn and then legally adopted her 2 years later when they were married.

I understand that Jason has pled guilty to a crime and that he has accepted responsibility for it. That said, his guilty plea does not change my high opinion of him at all. I am honored to know



Jason and to have him in my life. I would like to ask on Jason's behalf that he receive the absolute minimum sentencing he can receive under the law.

Thank you so much for taking into consideration Jason's great character and the numerous ways that he has helped me, my business, my family, his community and his own family. I feel given all of these factors that Jason should receive the most lenient sentence the law allows.

Sincerely,

Justin Burns

11019 E 23rd St
Independence, MO
913-948-5630

Charlie Rosenbury
2346 E Cherryvale St.
Springfield, MO 65804
417-693-2229
charlie@selfinteractive.com
July 11, 2017


The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri


**United States v. Jason Klein**
**O R 1 7 - 3 0 5 6 - M D H**


Dear Judge Harpool:

I'm writing to convey my respect for Jason Klein, even in light of his guilty plea.

I first met Jason during my tenure as president of Springfield Creatives, a local association for professionals in creative fields. Jason was interested in our community outreach efforts and wanted to join the committee. He also wanted to identify possible collaboration opportunities between AITP of the Ozarks and SGFC. It was clear right away that Jason is the type of outgoing, plugged-in community member that has a heart for others and the community as a whole.

This became even more apparent as we continued to cross paths at the eFactory, coffee shops all over the area, SGF Web Devs meetup group, Spin66, and MATA. His name often came up as I met with other community leaders as well, who presented him as reliable and willing to help.

I will continue to engage him across the various groups in which we belong and work alongside him to grow our community for the better.

Sincerely,

Charlie Rosenbury

**United States v. Jason Klein**
**CR 17-3056-MDH**

July 13, 2017

Dear Judge Harpool,

I have personally known Jason Klein since 2011. I live a block over from Jason and met him while he was out bicycle riding in the neighborhood. We have a common interest in biking.

We rode together on many different bike rides and talked about our families and our different work histories. I found Jason to be a very straight shooter and we have very similar ideas on family life and business dealings. I always have found Jason to be very thoughtful, organized, and a trustworthy individual. One of the many items we have talked about is his business and his plans for the business. I was impressed by his understanding and analysis capabilities of running his sole ownership business.

An example of Jason's attention to detail and planning abilities is the two decks he replaced on the back of his house. Most people planning such a project would go to a local home remodeling or lumber store to get help in figuring out how to build the decks. Not Jason, he went to the Christian County Government Building Codes department and got copies of all the required building code specs for building the new decks. He drew up and submitted the plans to the Building Code department. The plans were way above what was called for and easily received approval for the project. I helped Jason with some to the deck building project and I found he built two decks that any high-end contractor would be very proud of.

I have talked with Jason numerous times since the news of his legal problems have come out in the news media. I have found his guilty plea to be very heartfelt and his remorse is genuine. My personal respect and admiration of Jason has not been affect or changed by his guilty plea. In fact my respect and admiration of Jason has grown.

I want to ask the Court to consider imposing the lowest appropriate sentence. I know Jason to be an outstanding person. He is involved in our neighborhood – he started the "Nextdoor" neighborhood web site for our area. It is used by neighbors to keep each other informed on issues and the Christian County Sheriff's Office uses it to send out information on issues or emergencies. He is a member of the Nixa Chamber of Commerce and is actively involved with the Chamber. He is President of the local AITP Organization chapter and has worked hard to promote and grow the organization.

Finally, I am very proud to count Jason as my friend and he will continue to be my friend.

Sincerely yours,

Bob Rubino

Bob Rubino
2051 N. Carriage Dr.
Nixa, Missouri 65714
Cell phone: (417)848-9295

Britton D. Jobe
1955 South Oak Grove Avenue
Springfield, MO 65804

July 14, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

      Re:   **<u>United States v. Jason Klein</u>**
             **CR 17-3056-MDH**

Dear Judge Harpool:

I have known Jason Klein for several years in a professional capacity. I am currently the chair of Springfield's largest and most active organization for young professionals, The Network, and have had the pleasure of working with Jason on that organization's leadership council, on which Jason had been a member.

In the relatively short time that I have known Jason, I have come to appreciate his contribution both to the organization and to the Springfield region. I was introduced to Jason when he joined the organization, but before joining the organization's leadership. It quickly became apparent to me what an asset he would be to our organization's efforts to attract and retain young professionals in the information technology sector. I strongly advocated for Jason when he applied to join The Network's leadership council.

During his time on the leadership council, Jason demonstrated a willingness to build bridges and solve problems. In that capacity I found Jason to be honest, trustworthy, and dependable. When it became known that Jason had pleaded guilty in this case, I was of course stunned that Jason had potentially been involved in any crime. What did not surprise me, however, was the knowledge that, through his guilty plea, he was willing to take responsibility for his actions and learned from his mistake. That is entirely consistent with what I have come to know about Jason's character.

I have no hesitation in saying that Jason is a valued and important member of our community. I know that Jason regrets any wrongdoing and is eager to get his life back on track. It is for those reasons that I believe only the lowest appropriate sentence should be imposed by the Court.

Best Regards,

Britton D. Jobe

July 14, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

United States v. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool,

My name is Jeremy Bartley I am witting this letter on behalf of Jason Klein. I have known Jason for over three years as a business client, Leader, and friend. It has been a great honor to get to know and have Jason be apart of my life.

In working with Jason in a business capacity, he has been nothing but a professional and amazing client to work for. I have also interacted with some of the customers from his business. They have all shown such respect and gratitude for the services that he provides. In these experiences, I have seen Jason go out of his way to provide the best work possible for his customer. It is evident from his action that he very much cares about the people he does business with. This is not something you see a ton in the business world.

I have also served with Jason as the president of AITP. This to me is where Jason character truly shines. His dedication to our community is something that we all could learn from. Not to mention, during his time serving as the president we were the largest AITP in the country. Part of my role at AITP was to sit on the board as the marketing chair where Jason and I worked very closely together. In these conversations, I observed such integrity and character as has he led us. Jason has truly made an impact on that organization as well as the city

In conclusion, it is an honor to call Jason a friend and I write this because it is important to me that you understand the man I have come to know and respect.


Sincerely,

Jeremy Bartley

me@jeremybartley.com
417-350-8094
402b w. Mt. Vernon St. box 190
Nixa, MO 65714

**Scott Bratcher**      (417) 619-8428      scott@swbratcher.com      PO Box 365, Springfield, MO 65801

July 14, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri
RE: United States v. Jason Klein / 17-3056-MDH

Dear Judge Harpool:

My name is Scott Bratcher and I serve as the Director of Digital Strategy at The Marlin Network, a marketing firm that employs nearly 150 individuals in Springfield, Missouri.

I'm embedded in the professional community in southwest Missouri. Most of my creative and technical community involvement is through volunteer work that benefits children, young adults, and aspiring professionals. It is during this work as a volunteer that I have come to know Mr. Jason Klein as we have worked together with the Springfield Creatives, the Mid-America Technology Alliance, and the Springfield Technology Leaders group.

Mr. Klein is ever-willing to donate his time and expertise to local non-profit efforts that help others. Not only does Jason show the *willingness* to give his time and energy to these worthwhile organizations, but *he actually shows up* when the work starts. I've been impressed to repeatedly find Mr. Klein's energetic and positive optimism, as he donates time and energy toward the worthwhile goals of these organizations and local movements.

It is clear to me that Jason has pled guilty to the charges he faced and awaits sentencing. It is my hope, as a fellow citizen to both you and Mr. Klein, that you are able to minimize his sentence to allow him to keep giving time and energy to his profession and community.

I respect and appreciate the laws that we've set up for ourselves, and always hope for the sentence to fit the crime as punishment or to prevent further infractions. I know that great individuals like Jason may show poor judgement, and through my knowledge of his character I expect that Mr. Klein will never repeat the actions that lead to these charges.

I want you to know, your Honor, that even without a familial bias I want this person physically free and financially viable within our community because of the positivity he offers those around him. I have great respect and appreciation for Jason.

Sincerely,

Scott Bratcher

United States v. Jason Klein
CR 17-3056-MDH

July 15, 2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

Dear Judge Harpool,

My name is Russell Andrews and I am contacting you about Jason Klein, who has entered a guilty plea in one of your cases. I have known Jason for about 3 years. We met while both serving on the board of directors for a local professional organization. During this time, we have worked on various projects and took part in several committees. Jason has always been very helpful to everyone who we have worked with and contributed above and beyond to ensure success.

Even throughout this process Jason continues to conduct himself in a professional manner and is still taking care of both his personal and business obligations and relationships. I understand that Jason has entered this plea agreement but this does not change my relationship with him or effect my trust of him. Even in this tasking time, he continues to have a positive attitude and makes every effort for this to not effect his involvement with others or the obligations he has.

I hope you consider this information in regard to his case and will exercise leniency by imposing the lowest sentence permitted. Jason is a good colleague and friend. He contributes greatly in a positive way to all those he is around and I want him to continue to be able to do so.

Sincerely,

Russell Andrews
2019 N Main Ave
Springfield MO 65803
russell.l.andrews@gmail.com
(417)839-2579



The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

**United States v. Jason Klein**
**CR 17-3056-MDH**

Dear Judge Harpool,

I am the Director of Information Systems for the City of Springfield, MO. I am a friend and associate of Jason Klein. My involvement with Jason began as fellow members of the Board of Directors for the Association of IT Professionals of the Ozarks. We have also served together on Tech IT Out Expo Committee and AITP Charity Golf Tournament, which we continue to serve on. Until recently, Jason held the position of President of AITP of the Ozarks and worked tirelessly in that role to grow the organization and provide educational and networking opportunities for our local IT community. Jason has had a lasting impact on the organization.

In all my personal dealings with Jason, I have found him to be a sincere, honest, helpful person. He is always willing to jump in and lend a hand. He has a reputation for getting things done and being easy to work with.

Jason had a conversation with me regarding the crime he plead guilty to in your court. I truly believe that he realizes he made a mistake and understands the severity of the circumstances. During this trying personal time, he continues to put others needs ahead of his own. He is honoring his commitment to help coordinate the AITP Charity Golf Tournament, even though he is not a golfer and certainly has reason to focus on other issues.

I ask that you consider Jason's lasting impact on the community during his sentencing. Due to his leadership, AITP of the Ozarks now provides scholarships to assist local high school graduates with college expenses. The scholarship is managed through the Community Foundation of the Ozarks, thanks to Jason's vision and effort.

Your Honor, I ask that you take this letter of recommendation into consideration when reflecting on Jason's sentencing, and would hope that you would offer him the lowest sentence permitted under the law. He truly is a person that is worthy of the Court's leniency.

Thank you.

Jeff Coiner

**Office of the Information Systems**
Information Systems Building • 220 E Central
Springfield, Missouri 65802 • 417-864-1626 • springfieldmo.gov

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri                    30 July 2017

SUBJECT:
United States V. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool,

I am Mark Wolf MSGT First Sergeant, Ret. USAF. I have served my country for 25 years of which the last 7 I served as a First Sergeant for 13 separate Commanders. During my tenure I was deployed twice to a war zone as a First Sergeant. This alone should speak volumes about my character. I was STEP promoted by the Secretary of the Air Force Whitten Peters to the rank of Master Sergeant recommended by my commander, Base Commander, and Pacific Air Forces chosen from the best of the best for this rare one a year command wide promotion for my work ethic and leadership abilities.

I have known Jason for 4 years now. He is a dedicated father and husband and cares for his family deeply, you can see it in his love for his family. He attends church faithfully, I have never heard him use profanity, rare privilege in todays society, and is a hard worker trying to provide for his family. I helped him build the deck behind his house, very precise with great quality of work. He is involved in "MATA" an organization of individuals in Springfield Missouri trying to provide innovative ways to introduce energy efficient technologies into our workforce and society to reduce greenhouse gases and reduce power consumption so all our children will have a better tomorrow. He always thinks of helping others.

I am 80% disabled and need help lifting heavy objects, he always helps , no questions asked, and will not take compensation.

I am aware of the Legal predicament Jason is in over selling bit coin. The fact that he has pled guilty speaks volumes about his character. He is willing to step up to the plate and take care of the problem.

Knowing Jason and his family I plead that he will never be involved in any activity like this in the future. The purpose of discipline is to curb inappropriate behavior; this investigation alone has put the fear of god in him. Incarcerating him would be punishing his innocent wife and young daughter as well.

I went to war for the freedoms we have in this country, I would gladly have given my life for you, Jason, my family or any other American. If I had a time to stand up for anyone because I thought he or she was worth the opportunity I would do so for Jason right now, he's worth a second chance. Please consider the lowest sentence permitted under the law.

Sincerely,

Mark Wolf
MSGT. USAF RET
First Sergeant



HCOMM Solutions
P.O. Box 3634,
Springfield, MO 65808
www.hcommsolutions.com

7/31/2017

The Honorable M. Douglas Harpool
United States District Court
Western District of Missouri

RE: United States v. Jason Klein; CR17-3056-MDH

Greetings Your Honor,

As you begin to review the details of this case, I write to you today as a member of the technology sector and of the community, in full support of Jason Klein. Truthfully, I cannot even think of someone more dedicated to the betterment of the community in which he lives, or of the technology industry in which he serves. Jason has made a more profound impact in the two short years that I've known and worked side-by-side with him, than many others have made in my lifetime.

I met Jason Klein through the Association of IT Professionals (AITP) of the Ozarks. He was at the center of everything within the group. I attended monthly meetings and I quickly saw how passionate and involved he was while creating value to the technology industry within our community. A few months later, the then-current Program Director asked me to take his place. My decision to accept that position would prove to be one of the best and most rewarding decisions of my life, in great part because of my opportunity to collaborate with Jason. He put AITP before himself and, as President, was so active and helpful that our chapter flourished like never before under his leadership. Today, we are the largest chapter in the country and our significant monthly attendances attract top executives and engineers from prominent organizations across the country to speak and educate the chapter. When he pled guilty, he felt he had to resign from his position as President and I can tell you first-hand that the organization suffers compared to when he was there. He doesn't advertise his efforts, but even now he spends time assisting the newly-promoted Vice-President 'behind-the-scenes.' But, there is no replacement for the dedication, knowledge, and passion that Jason brought to our chapter. He was truly an invaluable member of the board.

In addition to my role on the Board of Directors for AITP of the Ozarks, I also am Vice President of a Springfield-based technology consulting firm. As a fellow entrepreneur in technology within this community, being associated with Jason Klein has brought me nothing but pride. He is the epitome of integrity and makes for an excellent partner and business associate. He is supremely knowledgeable and inventive and has unmatched rapport with his clients, partners, and vendors. Most importantly of all, in addition to sharing seats on a Board of Directors and being business acquaintances, Jason and I have developed a friendship. Jason is one of the most dependable, reliable, supportive, and helpful people that I am fortunate enough to call my friend. He brings everyone around him joy and happiness. He's the type of person that would give anything he could spare if it meant helping someone else. Jason Klein has been a mentor to me in many ways. He has helped me grow as a contributing member of AITP, and this community. He's helped grow as a leader in technology, but most all, he's helped me grow as a person. Not having him, in the flesh, and involved in this community would be a detrimental blow to the greater 417-area.

It is for these reasons, and many others, that I would strongly urge you to give him the lowest sentence permitted under the law to accurately reflect the confidence and appreciation this community has for Jason Klein. My contact information can be found below. If you have any further questions, please do not hesitate to reach out.

Regards,

Richard Reding
Vice President; HCOMM Solutions
Program Director; AITP of the Ozarks
c: 417.818.1311
e: rreding@hcommsolutions.com

August 13, 2017

The Honorable M, Douglas Harpool
United States District Court
Western District Of Missouri

RE: United States v. Jason Klein
CR 17-3056-MDH

Dear Judge Harpool,

My name is Christine Parks and I am the mother in law of Jason Klein. He and my daughter Pamela were married in March of 2010 in Wichita Kansas. Jason realized the importance family life was to my daughter and they made the move to Missouri later that year so she could be close to her family. They also adopted a baby girl who is now in school, and Katelyn thinks her daddy is the greatest.

Jason has been a very good husband and father and has provided not only financial stability to his family but is very involved with family life with his wife and daughter. He is also very involved in the community he lives in, and the Springfield area doing volunteer work. He is very well respected in the community among his friends and co-workers.

I know that Jason has pleaded guilty to a crime, which does not change the way I feel about him. I believe Jason is very sorry for the mistake he made and I ask that you show leniency in his sentencing so that he can continue an uninterrupted life with his wife and daughter.

Sincerely,

Christine Parks

Christine Parks
516 Tommy Ave
Billings MO 65610