IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: September 6, 2017

vs.  Case No. 17-3056-01-CR-S-MDH

**JASON KLEIN**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 2:23 p.m.**  **Time Terminated: 3:14 p.m.**

APPEARANCES

**Plaintiff: Casey Clark, AUSA**  **Defendant: Mark Milton**

**Proceedings:** Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. SENTENCE: Dft is placed on probation for 5 years. $100 MPA. $10,000 Fine. $2,122.68 in Restitution. Special conditions of Probation imposed – special condition D is increased to 120 hours of community service. Mandatory drug testing is waived. Dft advised of right to appeal. Gov't will prepare a restitution judgment for the Court's review.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Claudia Allison**