IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| v. | Case No. 17-03056-01-CR-S-MDH |
| JASON R. KLEIN, | |
|     Defendant. | |

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay restitution in the amount of $2,122.68. The defendant is also sentenced to pay a fine in the amount of $10,000.00 and a special assessment in the amount of $100.00, therefore owing a total of $12,222.68 to various parties.

2. The $2,122.68 in restitution is to be paid to:

   Internal Revenue Service – RACS
   Attn: Mail Stop 6261, Restitution
   333 W. Pershing Ave.
   Kansas City, Missouri 64108

3. The Court has determined that the defendant does not have the ability to pay interest; therefore, interest is waived.

4. Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

5. Restitution is due and payable immediately, and, notwithstanding any other provision of this order, the Government may enforce restitution at any time.

1

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least 10 % of the prisoner's monthly earnings.

7. Each month the defendant shall pay to the Clerk at least $200 or 10% of his gross monthly income, whichever is greater, commencing 30 days from sentencing.

8. All payments shall be made to the Clerk of the Court, United States District Court, Western District of Missouri, 400 E. 9th Street, Room 1510, Kansas City, Missouri 64106.

9. The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

                                                  s/Douglas Harpool
                                                  Douglas Harpool
                                                  United States District Judge

Dated: 09/11/17